IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Donavon Chestnutt, | Case No. 2:20-cv-02753-RMG-MGB |
| Plaintiff, | |
| v. | **ORDER** |
| Bryan P. Stirling, Levern Cohen, Consonya Washington, Cedric Major, South Carolina Department of Corrections, | |
| Defendants. | |

Plaintiff, proceeding with counsel, brought this civil action, asserting claims under 42 U.S.C. § 1983 as well as numerous state-law claims. (Dkt. No. 1.) This matter is before the Court upon Plaintiff's Motion for Default Judgment. (Dkt. No. 9.) Specifically, Plaintiff seeks default judgment against Defendant Major. Defendant Major has not filed any responsive pleading in this matter.

Federal Rule of Civil Procedure 55 sets forth the process for obtaining a default judgment. "Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)." 10A Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, Federal Practice & Procedure § 2682 (3d ed.). Entry of default is proper "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise[.]" Fed. R. Civ. P. 55(a). After the clerk has entered default against a party, the plaintiff may then move the court for default judgment. Fed. R. Civ. P. 55(b). To warrant default judgment, plaintiff must prove the amount of damages due. *See Stephenson v. El–Batrawi*, 524 F.3d 907, 916 (8th Cir. 2008).

1

To prevail on the motion for entry of default, Plaintiff must show proof of service. Plaintiff's acceptance of service, filed August 27, 2020, proves defendant was served. (Dkt. No. 5.) Thus, Defendant Major is in default pursuant to Rule 55(a), and the Clerk is directed to enter default against Defendant Major. Entry of default judgment is premature at this time. Plaintiff is instructed that a motion for default judgment must be filed separately along with proof of damages.

**IT IS SO ORDERED.**

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

November 9, 2020
Charleston, South Carolina