IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Donavon Chestnutt,<br><br>PLAINTIFF,<br><br>v.<br><br>Bryan Stirling, LeVern Cohen, Consonya Washington, Cedric Major, South Carolina Department of Corrections,<br><br>DEFENDANTS | C/A No. 2:20-cv-02753-RMG-MGB<br><br>**Joint Motion to Amend Scheduling Order** |

YOU WILL PLEASE TAKE NOTICE that the undersigned attorneys, by consent, will move before the presiding Judge of the United States District Court for the District of South Carolina, at such time and place as may be set by the Court, for an order amending Conference and Scheduling Order [ECF 8] pursuant to Rule 26(f), FRCP on the grounds that additional time is needed for discovery. Counsel for the Parties request that the expert witness, discovery, motions, and mediation deadlines in the Amended Conference and Scheduling Order by extended by two (2) months, as shown in the proposed Amended Scheduling Order, attached hereto as "Exhibit A." This is the first such requests in this case.

Counsel for all parties consent to this request,

WHEREFORE, the Parties respectfully request the Court grant their Motion and adopt the proposed Amended Scheduling Order.

- 1 -

GRIFFITH, FREEMAN & LIIPFERT, LLC

  /s/  O. Edworth Liipfert, III
O. Edworth Liipfert, III
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
worth@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS STIRLING, COHEN, WASHINGTON, AND SCDC

November 13, 2020
Beaufort, South Carolina

SOUTH CAROLINA JUSTICE PROJECT

  /s/  Allen Chaney
Allen Chaney
1220 Laurens Road, Suite B
Greenville, SC 29607
(720) 634-5493
allen@scjusticeproject.org

ATTORNEYS FOR PLAINTIFF

November 13, 2020
Beaufort, South Carolina

- 2 -