IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Donavon Chestnutt,<br><br>PLAINTIFF,<br><br>v.<br><br>Bryan Stirling, LeVern Cohen, Consonya Washington, Cedric Major, South Carolina Department of Corrections,<br><br>DEFENDANTS | C/A No. 2:20-cv-02753-RMG-MGB<br><br>**Rule 26(f) Report** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Amended Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed October 16, 2020, requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be filed separately by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

- 1 -

- 2 -

                    GRIFFITH, FREEMAN & LIIPFERT, LLC

                    */s/ O. Edworth Liipfert, III*
O. Edworth Liipfert, III
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
worth@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS STIRLING, COHEN, WASHINGTON, AND SCDC

November 20, 2020
Beaufort, South Carolina