IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Donavon Chestnutt, <br><br> PLAINTIFF, <br><br> v. <br><br> Bryan Stirling, LeVern Cohen, Consonya Washington, Cedric Major, South Carolina Department of Corrections, <br><br> DEFENDANTS. | C/A No. 2:20-CV-02753-RMG-MGB <br><br><br> **Defendants' Motion for Stay of Proceedings** |

**TO: ALLEN CHANEY, ATTORNEY FOR THE PLAINTIFF DONAVON CHESTNUTT:**

The Defendants Bryan Stirling, LeVern Cohen, Consonya Washington, and South Carolina Department of Corrections ("SCDC") (hereinafter collectively referred to as "the Defendants"), by and through their undersigned attorney, move this Court to Stay all proceedings in this action.

This Motion shall be supported by the Defendants' Memorandum in Support and any other relevant authority as the Court sees fit.

- 1 -

                    GRIFFITH, FREEMAN & LIIPFERT, LLC

By:    */s/ O. Edworth Liipfert, III*
      O. Edworth Liipfert, III (Fed ID. 9815)
      600 Monson Street
      PO Drawer 570
      Beaufort, SC 29901
      843-521-4242
      843-521-4247 (fax)
      worth@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS
STIRLING, COHEN, WASHINGTON,
AND SCDC

January 8, 2021
Beaufort, South Carolina